In the Matter of MAXWELL GOLDSTEIN.— Application denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of WILLIAM R. KLEIN for Admission to the Bar.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of SAMUEL H. LAGUSKER, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of JAY W. COHEN (Also Known as JAY COHEN), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

BERNARD RIEMER, an Infant, by JOSEPH RIEMER, His Guardian ad Litem, and JOSEPH RIEMER, Respondents, v. JESSE G. HURSEY, Defendant, Impleaded with THE HOLLEY HOTEL COMPANY, Sued Herein as THE HOLLEY HOTEL Co., Appellant.— Order unanimously modified to provide that the Holley Hotel Company be examined through an officer of that defendant having knowledge of the facts other than the codefendant, Jesse G. Hursey, but if defendant The Holley Hotel Company fails to produce such officer having such knowledge, the examination may then proceed through the codefendant, Hursey. No opinion. Settle order on notice; the date for the examination to proceed to be fixed in the order. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MAY, 1937.
### (May 4, 1937.)

In the Matter of the Application of EDWIN D. FORD, JR., for Admission to Practice as an Attorney and Counselor at Law. (From the State of Minnesota.) — Motion by petitioner for leave to resubmit his application granted. Application granted. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

### (May 7, 1937.)

GEORGE FOXSON, Plaintiff, v. ELMUS BUILDING CORPORATION and Others, Defendants; AUGUST KNEHER, Appellant; J. P. DUFFY Co. and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ. [See post, p. 728.]

ERLING HOLSBO, Respondent, v. D/S A/S BANANFART, Appellant.— Motion for reargument denied, without costs. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of EVA ROSENBUSH, Appellant, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

CHARLES H. LEVY, Appellant, v. JOSEPH P. DAY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.